

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Kim Lockwood, AND<br>V. KATHLEEN LOCKWOOD<br>    Plaintiff,<br>v.<br>State Farm Fire and Casualty Company,<br>A FOREIGN FOR-PROFIT INSURANCE CORPORATION<br>GARY & JANA BACCUS LLC<br>    Defendant. | No. CJ-2021-3236<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 08/02/2021<br><br><br>Judge: Ogden, Richard |

# PARTIES

Baccus, Gary, Defendant
Baccus, Jana, Defendant
Lockwood, Kim, Plaintiff
Lockwood, V. Kathleen, Plaintiff
State Farm Fire and Casualty Company, Defendant

# ATTORNEYS

**Attorney**
AIZENMAN, DANIEL (Bar #30971)
5800 E SKELLY DR
SUITE 575
TULSA, OK 74135

**Represented Parties**
Lockwood, Kim
Lockwood, V. Kathleen

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

EXHIBIT
1

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: Lockwood, Kim
Filed Date: 08/02/2021

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-02-2021 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 08-02-2021 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 08-02-2021 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 08-02-2021 | PFE1 | PETITION | | | $ 163.00 |
| 08-02-2021 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 08-02-2021 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 08-02-2021 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 08-02-2021 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 08-02-2021 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 08-02-2021 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 08-02-2021 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 08-02-2021 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 08-02-2021 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 08-02-2021 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 08-02-2021 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 08-02-2021 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 08-02-2021 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 08-02-2021 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 08-02-2021 | SMF | SUMMONS FEE (CLERKS FEE)X2 | | | $ 20.00 |
| 08-02-2021 | P | PETITION<br>Document Available (#1050168842) 📄TIFF  📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-02-2021 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE OGDEN, RICHARD TO THIS CASE. | | | |
| 08-02-2021 | ACCOUNT | RECEIPT # 2021-5042282 ON 08/02/2021.<br>PAYOR: IAN'S ENTERPRISE, LLC TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2021-3236: $183.00 ON AC01 CLERK FEES.<br>CJ-2021-3236: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2021-3236: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2021-3236: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2021-3236: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2021-3236: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2021-3236: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2021-3236: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2021-3236: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2021-3236: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2021-3236: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2021-3236: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |