IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD AND V. KATHLEEN LOCKWOOD, Husband and Wife,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE AND CASUALTY COMPANY, a foreign for-profit insurance Corporation<br><br>(2) GARY AND JANA BACCUS, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:21-cv-00857-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all Plaintiffs, Kim Lockwood and V. Kathleen Lockwood, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all of the Defendants, 1) State Farm Fire and Casualty Company, and 2) Gary and Jana Baccus, LLC.

None of the Defendants have filed neither an answer to the Complaint, nor a motion for summary judgment as to these claims. Dismissal under Rule 41(A)(1)(A)(i) is, therefore, appropriate.

Respectfully submitted,

s/Caleb M. Salmon
Daniel Aizenman, OBA #30971
Caleb M. Salmon, OBA #32272
Aizenman Law Group
5800 E. Skelly Drive, Suite 575
Tulsa, Oklahoma 74135
P: 918-426-4878
F: 918-513-6080
caleb@aizenmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*s/ Caleb Salmon*